United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO ALEXANDER MATALLANA ALZATE,**<br><br>Plaintiff,<br><br>v.<br><br>**SERGIO ALBARRAN ET AL.,**<br><br>Defendants. | **Case No.: 4:26-CV-10866-YGR**<br><br>**ORDER PROHIBITING REMOVAL**<br><br>Re: Dkt. No. 1 |

The Court will hold a hearing on petitioner Pedro Alexander Matallana Alzate's petition for a writ of habeas corpus on October 8, 2026 at 11:30 A.M. in Courtroom 1 in the Oakland Courthouse.

In order to protect this Court's jurisdiction, and pending further order of the Court, defendants are **BARRED** from transferring Petitioner out of this District or removing him from the country, until these proceedings have concluded.

The Clerk is directed to serve this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

**IT IS SO ORDERED.**

Date: **September 24, 2026**

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE